IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: Gabriel + Beacon Holding Co., LLC. | § § § § | Case No. 15-33062 |
| Debtor. | § § | Chapter 11 |

**UNSWORN DECLARATION OF DISINTERESTEDNESS OF COUNSEL TO THE DEBTOR UNDER PENALTY OF PERJURY PURSUANT TO 11 U.S.C. §327(a) AND BANKRUPTCY RULE 2014**

Jon Parchman ("Parchman"), submits this unsworn declaration of disinterestedness of counsel to the Debtor under penalty of perjury pursuant to 11 U.S.C. § 327(a) and Bankruptcy Rule 2014. Baker declares:

1. "I am an attorney at law duly licensed to practice in the State of Texas and admitted to practice in this court.

2. "My mailing address is 21 Waterway Ave, Suite 300, The Woodlands, Texas 77380.

3. "I am an attorney who specializes in litigation matters. I have the skill and expertise to render advice to the Debtor with respect to bankruptcy and civil litigation issues related to its Chapter 11 case.

4. "Prior to my initial correspondence with the Debtor on May 1, 2015, I did not represent the Debtor nor have any connection to the Debtor.

5. "To the best of my knowledge and except as set forth on the Disclosures of the Firm (attached as part of this application), neither I nor any other person

associated with me has represented or otherwise dealt with, or is now representing and otherwise dealing with, any entity that is or may consider itself a creditor, or other party in interest in connection with the Debtor's Chapter 11 case. Except as set forth herein, I do not have any other connection with the Debtor, the Debtor's creditors, or any other parties in interest, or the attorneys and accountants for such creditors, or other parties in interest, the United States Trustee, or any person employed in the office of the United States Trustee. I am a "disinterested person" within the meaning of Section 101(14) of the Bankruptcy Code.

6. "To the best of my knowledge, neither I nor any other person associated with me represents or holds any interest adverse to the Debtor or its estate or has any interest materially adverse to the interest of any class of Debtor's creditors or other parties in interest.

7. "I declare under penalty of perjury that the foregoing is true and correct."

DATED: June 16, 2015

                                                    PARCHMAN LAW GROUP P.L.L.C.
By:
/s/ Jon Parchman_____
Jon Parchman
State Bar No. 24085517
21 Waterway Ave, Suite 300
The Woodlands, Texas 77380
Telephone: (713) 518-1902
Facsimile: (832) 442-5665
jparch01@gmail.com
Attorney for Debtor

**THIS DECLARATION IS MADE UNDER PENALTY OF PERJURY**