IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: Gabriel + Beacon Holding Co., LLC. | § § § § | Case No. 15-33062 |
| Debtor. | § § | Chapter 11 |

# STATEMENT OF ATTORNEY FOR PETITIONER PURSUANT TO BANKRUPTCY RULE 2016(B)

1. I, Jon Parchman ("Parchman"), am an attorney whose address is 21 Waterway Ave, Suite 300, The Woodlands, Texas 77380.

2. I am the attorney for the Debtor in this case.

3. On or about May 1, 2015, Brad Jones, Managing Member for Gabriel + Beacon Holding Co., LLC ("Debtor") initially conferred with Parchman regarding issues with Third Millennium Capital, Inc. on a certain real property. Debtor again conferred with Parchman on or about June 1, 2015, regarding filing bankruptcy petition. Debtor conversed with Parchman on June 2, 2015, and filed its voluntary petition.

4. There was no pre-petition retainer payments made to Parchman from the Debtor.

5. The post petition payments to Parchman are projected to be made by the Debtor, the owner of the Debtor.

6. The compensation paid or agreed to be paid by the Debtor to Parchman is as follows:

a) For post-petition legal services, the Debtor has agreed to compensate Parchman in accordance with its normal billing practices. Additionally, the Debtor has agreed to pay for reasonable and necessary expenses incurred in rendering legal services to the Debtor, including, but not limited to, postage, photocopying, telecopying, messenger services, long distance charges, depositions, legal research, and filing fees. Pursuant to the Bankruptcy Code, the fees of Parchman, together with its necessary disbursements and expenses, will constitute administrative expenses of the Debtor's estate in such amounts as may be allowed by the Bankruptcy Court.

b) Attached as Exhibit A are the current billing rates for attorneys and paralegals at Parchman.

7. The services rendered or to be rendered include the following:

   i. Analysis of the financial situation, and rendering advice and assistance to the Debtor;

   ii. Advising the Debtor with respect to its duties as a debtor;

   iii. Preparation and filing of all appropriate petitions, schedules of assets and liabilities, statements of affairs, answers, motions and other legal papers;

   iv. Representation of the Debtor at the first meeting of creditors and such other services as may be required during the course of the bankruptcy proceedings;

    v. Representing the Debtor in all proceedings before the Court and in any other judicial or administrative proceeding where the rights of the Debtor may be litigated or otherwise affected;

    vi. Preparation and filing of a Disclosure Statement and Chapter 11 Plan of Reorganization; and

    vii. Assistance to the Debtor in any matters relating to or arising out of the captioned case.

8. The undersigned further states that he has not shared or agreed to share with any person, other than with the members and employees of Parchman (including "of counsel" attorneys), any compensation or reimbursement to be paid to Parchman by the Debtor for the fees set forth above in connection with this case

DATED: June 16, 2015

PARCHMAN LAW GROUP P.L.L.C.
By:
/s/ Jon Parchman_____
Jon Parchman
State Bar No. 24085517
21 Waterway Ave, Suite 300
The Woodlands, Texas 77380
Telephone: (713) 518-1902
Facsimile: (832) 442-5665
jparch01@gmail.com
Attorney for Debtor

EXHIBIT "A"

**PARCHMAN LAW GROUP P.L.L.C.**
**FEE/RATE SCHEDULE**
January 1, 2015

Attorneys

| | | |
|---|---|---|
| Jon Parchman | JP | $ 250.00 |

Associate Attorney

| | | |
|---|---|---|
| K.C. Ghanean | K.G. | $ 150.00 |

Paralegal

| | | |
|---|---|---|
| Kerry Dillon | K.D. | $ 50.00 |