IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re:   Gabriel + Beacon Holding Co., LLC. | § § § § | Case No. 15-33062 |
| Debtor. | § § § | Chapter 11 |

### ORDER AUTHORIZING EMPLOYMENT OF JON PARCHMAN AND PARCHMAN LAW GROUP P.L.L.C.

**CAME ON FOR CONSIDERATION** the Application of Gabriel + Beacon Holding Co., LLC ("Debtor" or "Debtor-in-Possession"), in the above-captioned Chapter 11 case, for authority to employ Jon Parchman and Parchman Law Group P.L.L.C. ("Baker") as counsel for legal services in connection with its bankruptcy case, and to designate Jon Parchman as attorney in charge, and adequate notice of such Application having been given, the Court finds as follows: that Parchman holds or represents no interest adverse to Debtor's estate in the matters on which it is employed; that Parchman is a disinterested person within the meaning of 11 U.S.C. § 101(14); that the designation of Jon Parchman as the attorney in charge should be approved; and that the employment of Parchman on the terms and conditions set forth in the application is necessary and in the best interest of Debtor and its estate. It is therefore,

**ORDERED** that the Debtor shall be and hereby is authorized to employ, and the Court hereby appoints, the law firm of Parchman Law Group P.L.L.C. as Debtor's

counsel for legal services in connection with this bankruptcy case effective as of the date of the filing of this chapter 11 case. It is further

**ORDERED** that Jon Parchman shall be, and hereby is, designated as attorney in charge for these matters. It is further

**ORDERED** that subject to further court approval as to amounts, and upon fee application, Debtor shall be, and hereby is, authorized to compensate Parchman in accordance with its normal billing practice and to reimburse Parchman for its necessary disbursement and expenses. The allowed fees, disbursements and expenses of Parchman shall constitute administrative expenses of the Debtor's estate. It is further

**ORDERED** that Parchman may submit interim fee applications every 30 to 60 days.

Dated: _____, 2015

_____
United States Bankruptcy Judge

Submitted By:

Jon Parchman
Parchman Law Group P.L.L.C.
TX Bar No.  24085517
21 Waterway Ave, Suite 300
The Woodlands, Texas 77380
Telephone: (713) 518-1902
Facsimile: (832) 442-5665