

ENTERED
11/02/2015

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| GABRIEL & BEACON HOLDING CO., L.L.C. | § § | CASE NO: 15-33062 |
| Debtor(s) | § § § | CHAPTER 11 |

## ORDER AND NOTICE FOR HEARING ON DISCLOSURE STATEMENT

**To the debtor, creditors, and other parties in interest:**

A Disclosure Statement and Plan under Chapter 11 of the Bankruptcy Code was filed by the debtor on October 30, 2015.

**IT IS ORDERED AND NOTICE IS GIVEN THAT:**

1. The hearing to consider approval of the disclosure statement will be held:

   Address:       U.S. Bankruptcy Court
   515 Rusk Avenue
   Houston, Texas  77002

   **Date and Time:**   December 07, 2015 at 11:00 A.M.
   **Courtroom:**        403, 4th Floor

2. The last date to file and serve written objections to the disclosure statement pursuant to Rule 3017(a) is fixed as:  December 03, 2015.

3. Within 5 days after entry of this order, the plan proponent shall transmit a copy of the disclosure statement and plan, and a copy of this hearing notice to the debtor, trustee, each committee appointed pursuant to § 1102 of the Code, the Securities and Exchange Commission, all creditors and any party in interest who has requested or requests in writing a copy of the disclosure statement and plan, as per Rule 2002(b).

4. Requests for copies of the disclosure statement and plan should be directed to:

   **Jon Frank Parchman. Parchman Law Firm PLLC**
   **21 Waterway Ave.**
   **Ste. 300**
   **The Woodlands, TX 77380**
   **713-518-1902 Email: jparch01@gmail.com**

SIGNED 11/02/2015.

_____
Karen K. Brown
United States Bankruptcy Judge