

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
11/06/2015

IN RE: §
GABRIEL & BEACON HOLDING CO., § CASE NO: 15-33062
L.L.C. §
    Debtor(s) §
§ CHAPTER 11

### ORDER SETTING HEARING

A hearing will be held on **December 07, 2015, at 11:00 a.m**. at 515 Rusk Street, Courtroom 403, Fourth Floor, Houston, Texas 77002, to consider the following: **#47 *Amended Application for Employ* filed by Jon Parchman.**

Movant to give notice of hearing and file a certificate of service with the court.

SIGNED 11/06/2015.

Karen K. Brown
United States Bankruptcy Judge