ENTERED
11/19/2015

Martin K. Thomas
State Bar No. 19859650
P.O. Box 36528
Dallas, TX 75235
(214) 951-9466
(855)301-88792 (telecopy)
Counsel for Third Millennimum Capital, Inc.

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN THE MATTER OF:

GABRIEL & BEACON HOLDING CO.,
L.L.C.                                          CASE NO: 15-33062

DEBTOR                                          CHAPTER 11

ORDER SUSTAINING OBJECTION AND
DENYING MOTION FOR ENTRY OF ORDER TO SHORTEN TIME
OF NOTICE PERIOD WITH RESPECT TO DEBTOR'S OBJECTION OF CLAIMS

This matter came before the Court upon the OBJECTION TO MOTION FOR ENTRY OF ORDER TO SHORTEN TIME OF NOTICE PERIOD WITH RESPECT TO DEBTOR'S OBJECTION OF CLAIMS (respectively the "Motion" and the "Objection"). The Court, being fully advised, finds that the Objection should be SUSTAINED.

Accordingly, the Court does:

ORDER, ADJUDGE AND DECREE that the Motion be, and it is, DENIED.

November 19, 2015

U.S. BANKRUPTCY JUDGE