## CERTIFICATE OF INSURANCE
(For Informational Purposes Only)

Torus National Insurance Co.
Managed by Wellington Risk Insurance Agency, Inc.
P.O. Box 230
Fort Worth, Texas 76101

| | |
|---|---|
| Date: | 12/08/2015 |
| Policy Number: | TNI000024914 |
| Agent Name: | LARRY HALLAM |
| Agent Phone: | (936) 293-1500 |

Dear **brad jones**

We are pleased to have you as a customer. The policy covering your property at:
**1010 3rd St Seabrook, TX 77586** is for a term effective **12/08/2015** at **10:11 AM** with expiration of **12/08/2016** at **12:01 AM**. The policy number is **TNI000024914**.

Within 10 to 15 business days you will receive your contract detailing the coverage and conditions of your property policy, your declaration page, and information regarding claims service. **The terms of your contract control over the terms of this Certificate of Insurance.** If additional money is due on your policy, you may also receive an invoice. If you have a claim prior to receiving your policy, please call 1-800-447-6465 on Monday through Friday between 8:00 AM and 6:00 PM.

Please review the coverage summary below carefully. Contact your agent shown above if any information is incorrect.

### COVERAGE SUMMARY

| Property Coverage | Limits of Liability |
|---|---|
| Coverage A Dwelling | |
|    Fire/Lightning | $ 350,800 |
|    Extended Coverage | $ N/A |
|    Vandalism/Malicious Mischief | $ N/A |
| Coverage B Personal Property | |
|    Fire/Lightning | $ N/A |
|    Extended Coverage | $ N/A |
|    Vandalism/Malicious Mischief | $ N/A |

| Coverage C | Limits of Liability |
|---|---|
| Personal Liability (each occurrence property damage and bodily injury) | $ N/A |

| Coverage D | Limits of Liability |
|---|---|
| Medical Payments (to others, each person) | $ N/A |

**DEDUCTIBLES**
  -none-

**OTHER COVERAGES AND ENDORSEMENTS**
TDP-1, SDF-D10, SDF-D3.1, SDF-D32.1, SDF-D7, TNIPRI, WRI-PS

Subject to the limitations in the policy, the maximum amount payable for a covered loss to the Dwelling is replacement cost or the Limits of Liability for Coverage A - Dwelling, whichever is less.

**TOTAL POLICY PREMIUM:** $ **1,007.00**
(incl. Fully Earned Administration Fee of $ **95.00** & Rural Fire Dept Assessment Fee of $ **.00** )

| 1st Mortgagee: | 2nd Mortgagee: | Additional Interests: |
|---|---|---|
| -none- | -none- | -none- |

CRT 0312