**Martin K. Thomas**
**State Bar No. 19859650**
P.O. Box 36528
Dallas, TX  75235
(214) 951-9466
(855)301-88792 **(telecopy**)
Counsel for Third Millennimum, Inc.

IN THE UNITED STATES BANKRUPTCY COURT
**FOR THE SOUTHERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| IN RE: | § § § § § | CASE NO: 15-33062 |
| GABRIEL & BEACON HOLDING CO., L.L.C. | | CHAPTER 11 |

_____

| | | |
|---|---|---|
| THIRD MILLENNIUM CAPITAL, INC | § § § § § § § § § § § § | |
| Movant | | |
| vs | | |
| GABRIEL & BEACON HOLDING CO., L.L.C. | | |
| Debtor/Resondant | | |

**ORDER GRANTING**
**MOTION OF THIRD MILLENNIUM CAPITAL, INC. FOR RELIEF FROM AUTOMATIC STAY OF AN ACT AGAINST REAL PROPERTY PURSUANT TO 11 U.S.C. § 362(d) AND RULE 4001**

**AS TO 5 VACANT LOTS AND 1 LOT WITH HOUSE UNDER CONSTRUCTION**

This matter came before the Court upon the MOTION OF THIRD MILLENNIUM

CAPITAL, INC. FOR RELIEF FROM AUTOMATIC STAY OF AN ACT AGAINST REAL

1

PROPERTY PURSUANT TO 11 U.S.C. § 362(d) AND RULE 4001 AS TO 5 VACANT LOTS AND 1 LOT WITH HOUSE UNDER CONSTRUCTION as described in the Motion (respectively, the "Motion" and the "Property") . After presentation of evidence and argument of counsel, the Court Finds that the Motion should be granted.

    Accordingly, the Court does:

    ORDER, ADJUDGE AND DECREE that the Motion be, and it is GRANTED. The automatic stay is modified to allow Third Millennium Capital, Inc. to exercise any and all rights it has against the Property.

_____

U.S. Bankruptcy Court.