# APPENDIX D
# TO THE LOCAL RULES OF THE SOUTHERN DISTRICT OF TEXAS

## WITNESS AND EXHIBIT LIST

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| Case No: 15-33062 | Name of Debtor: **Gabriel + Beacon Holding Co., LLC** |
| | Judge: **Brown** |
| | Hearing Date: **January 20, 2016** |
| Witnesses: | Hearing Time: **2:00 p.m.** |
| 1. Brad Jones | Party's Name: **Gabriel + Beacon Holding Co., LLC** |
| 2. Any and all witnesses called or designated by opposing counsel | Attorney's Name:  Jon Parchman |
| | Attorney's Phone:  713.518.1902 |
| | Nature of Proceeding: **HEARING ON DISCLOSURE STATEMENT,** **MOTION OF DEBTOR TO DISALLOW PROOF OF CLAIMS FILED AND OBJECTION TO THIRD MILLENNIUM CAPITAL, INC'S STANDING AND AUTHORITY TO VOTE ON THE DEBTOR'S PLAN OF REORGANIZATION,  and** **MOTION OF THIRD MILLENNIUM CAPITAL, INC. FOR RELIEF FROM AUTOMATIC STAY OF AN ACT AGAINST REAL PROPERTY PURSUANT TO 11 U.S.C. § 362(d) AND RULE 4001** |
| | |
| | |
| | |
| | |
| | |

EXHIBITS

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1 | Release of Lien/Note by Third Millennium Capital, Inc. | | | | |
| 2 | Promissory Note (August 6, 2012) | | | | |
| 3 | Modification of Note | | | | |
| 4 | Notice of Bankruptcy Filing, by District Clerk | | | | |
| 5 | Third Millennium Capital's Response to Debtor's Motion to Disallow | | | | |
| 6 | 2011-2015 (5-years history) of Harris County Appraisal District assessed values | | | | |
| 7 | July 25, 2012 email from Third Millennium Capital, regarding HCAD values vs. Appraiser's values | | | | |
| 8 | July 31, 2012 email from Third Millennium Capital, regarding HCAD values vs. Appraiser's values (in addition to revised Loan Proposal) | | | | |
| 9 | Lot 2 (house) appraisal, obtained by Third Millennium Capital | | | | |
| 10 | Lot 4 (lot) appraisal, obtained by Third Millennium Capital | | | | |
| 11 | Third Millennium Capital, Proof of Claims calculations | | | | |
| 12 | Recorded Deed of Trust #1, dated August 6, 2012 | | | | |
| 13 | Recorded Deed of Trust #2, dated August 6, 2012 | | | | |
| 14 | Recorded Deed of Trust #3, dated August 6, 2012 | | | | |
| 15 | Certificate of Insurance, as of 12/08/2016 | | | | |
| 16 | Confirmed Plan of Exquisite Designs By Castlerock & Co, Inc. | | | | |
| 17 | Post-Confirmation Order and Notice, of Exquisite Designs By Castlerock & Co, Inc. | | | | |
| | | | | | |
| | | | | | |

NOTE: This exhibit list is to be prepared in advance of the date of trial by counsel to parties and furnished to the court in triplicate and served on the opposing parties.