## WITNESS AND EXHIBIT LIST

| UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION ||
|---|---|
| Main Case No:15-33062 | Name of Debtor: Gabriel & Beacon Holding Co., LLC |
| Adversary No: | Style of Adversary: |
| | |
| Witnesses: | |
| Trent W. Moore, PhD | Judge: Karen K. Brown |
| Vernon H. Moore | Courtroom Deputy: |
| Daniel Schreimann, fact and expert witness | Hearing Date: May 4, 2016 |
| | Hearing Time: 2:00 p.m. |
| | Party's Name: THIRD MILLENNIUM CAPITAL, INC |
| | Attorney's Name: Martin K. Thomas |
| | Attorney's Phone: 214-514-2104 |
| | Nature of Proceeding: Motion for Relief from Stay and Debtor's Objection to Claim #4 |
| | |
| | |

## EXHIBITS

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| A | Promissory Note | | | | |
| B | Modification of Note | | | | |
| C | Deed of Trust | | | | |
| D | Deed of Trust | | | | |
| E | Deed of Trust | | | | |
| F | Tax Authority Appraised Value | | | | |
| G | Vandalism Photos | | | | |
| H | Release | | | | |
| I | Proof of Claim | | | | |
| J | Payment History | | | | |
| K | Exquisite 362 Order | | | | |
| L | Exquisite Confirmed Plan | | | | |
| M | Exquisite Order Confirming Plan | | | | |
| N | Exquisite Confirmed Plan – Note Mod. | | | | |
| O | Exquisite Motion to Abandon | | | | |
| P | Exquisite Order Abandoning | | | | |

## WITNESS AND EXHIBIT LIST PAGE 2

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF TEXAS<br>HOUSTON DIVISION | |
| Main Case No: 15-33062 | Name of Debtor: Gabriel & Beacon Holding Co., LLC |
| Adversary No: | Style of Adversary: |
| | |
| Witnesses: | |
| | Judge: |
| | Courtroom Deputy: |
| | Hearing Date: 5/4/2016 |
| | Hearing Time: 2:00 p. m. |
| | Party's Name: THIRD MILLENNIUM CAPITAL, INC |
| | Attorney's Name: |
| | Attorney's Phone: |
| | Nature of Proceeding: Motion for Relief from Stay and Debtor's Objection to Claim #4 |
| | |
| | |

### EXHIBITS

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| P | Exquisite Order Abandoning | | | | |
| Q | Debtors Amended Schedule A | | | | |
| R | Exquisite Transcript of 362 hearing | | | | |
| S | Debtor's Claims Registry | | | | |
| T | Debtor's Plan of Reorganization | | | | |
| U | Exquisite Schedules | | | | |
| V | Correction Deed of Trust | | | | |
| W | Correction Deed of Trust | | | | |
| X | Correction Deed of Trust | | | | |
| Y | Closing Statement | | | | |
| Z | Debtor's Disclosure Statement | | | | |

NOTE: This exhibit list is to be prepared in advance of the date of trial by counsel to parties and furnished to the court in triplicate and served on the opposing parties.